Hand-Delivered

FILED
CHARLOTTE, NC

DEC 19 2023

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DETRIUS BRIDGES<br>    Plaintiff, | ) JURY TRIAL DEMANDED<br>)<br>) |
| v. | ) Case No. 3:23-cv-874-MOC<br>) |
| FIRSTPOINT COLLECTION<br>RESOURCES INC. & I C SYSTEM INC.<br>    Defendant. | )<br>)<br>)<br>) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I. INTRODUCTION

1. This is an action for actual and statutory brought by Plaintiff Detrius bridges an individual consumer, against Defendants, (FIRSTPOINT COLLECTION RESOURCES INC. & I C SYSTEM INC.) (hereinafter as "Defendants") for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

1

## II. JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C § 1692k(d) 28 U.S.C 1331. Venue in this District is proper in that the Defendants transact business in Charlotte Mecklenburg County, North Carolina and the conduct complained of occurred in Charlotte Mecklenburg County, North Carolina

## III. PARTIES

3. Plaintiff Detrius Bridges (hereinafter "Ms. Bridges") is a natural person residing in Charlotte Mecklenburg County, North Carolina Ms. Bridges is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

4. Upon information and belief, FirstPoint Collection Resources Inc., is a North Carolina corporation with its principal place of business located at 225 Commerce Pl, Greensboro, NC 27401

5. Upon information and belief, I C System, Inc is a Minnesota corporation with its principal place of business located at 444 Highway 96 E Saint Paul, MN 55127

6. Defendants both are engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempt to collect consumers' debts alleged to be due to another's.

## IV. FACTS OF THE COMPLAINT

7. Defendants are both a "debt collector" as defined by the FDCPA, 15 U.S.C 1692a(6).
8. On or about October 30th, 2023 Ms. Bridges reviewed her credit report on "credit karma."
9. On the report, the Ms. Bridges observed 2 tradelines (1 from each Defendant).
10. FirstPoint Collection Resources, Inc. furnished a trade line of $129, allegedly owned to National General
11. I C System, Inc furnished a trade line of $1,052, allegedly owned to Safenest Storage Metrolina
12. On November 2nd and 3rd, Plaintiff disputed the completeness and accuracy of the balance of the accounts furnished via telephone call with each Defendant.
13. On or about December 3rd, 2023 Ms. Bridges Re-checked her credit report to notice that each Defendant recently updated the account information

3

on their furnished accounts. (IC System, Inc On November 19th, 2023) & (FirstPoint on November 22nd, 2023)

14. Both Defendants failed to update the accounts as disputed on plaintiffs credit report

15. Debt Collector's publishing of such inaccurate and incomplete information has severely damaged the personal and credit reputation of Ms. Bridges and caused severe humiliation, emotional distress, mental anguish and demand to the FICO scores.

## V. FIRST CLAIM FOR RELIEF
### (Defendants Bull City Financial Solutions, Inc. & I C System, Inc.)
### 15 U.S.C. §1692e(8)

16. Ms. Bridges re-alleges and reincorporates all previous paragraphs as if fully set out herein.

17. The Defendants violated the FDCPA.

18. The Debt Collector's violations include, but are not limited to, the following:

The Debt Collector violated 15 U.S.C § 1692e(8) by reporting credit information which is known to be false, including failure to communicate that the debt is not disputed by failing to remove the inaccurate dispute comment from the trade line after being asked to do so by Plaintiff.

4

## VI. JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff Ms. Bridges respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against the Debt Collector for:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S.C 1692k(1)(2);

C. Statutory damages pursuant to 15 U.S.C 1692k(2);

D. Cost and reasonable attorney's fees pursuant to 15 U.S.C 1692k(3);

E. For such other and further relief as the Court may deem just and proper.


Respectfully submitted:

Detrius Bridges

4633 victory Ln
Charlotte, NC 28269

BridgesDetrius1090@mail.com



5